UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATISHA MCMILLAN,  )
     Plaintiff,  )
       )  No. 1:10-cv-00308
-v-  )
       )  HONORABLE PAUL L. MALONEY
COMMISSIONER OF SOCIAL SECURITY,  )
     Defendant.  )
       )

## JUDGMENT

Having affirmed the Commissioner's decision, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Commissioner and against Plaintiff McMillan.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  January 11, 2012                    /s/ Paul L. Maloney
                                                                                             Paul L. Maloney
                                                                                              Chief United States District Judge